

# United States District Court

Middle District of North Carolina
324 West Market Street
Greensboro, North Carolina 27401
www.ncmd.uscourts.gov

LAWRENCE H. CUNNINGHAM　　　　　　　　　　　　　　　　　　　　(336) 332-6000
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE

June 2, 2025

**ELLEN A. BRAGG**
LEITNER, BRAGG & GRIFFIN, PLLC
201 LANCASTER AVE.
MONROE, NC 28112

　　　　RE:　25CV434 GATHINGS v. RICHMOND COUNTY et al

Dear Sir:

　　　A Petition for Removal was filed in the United States Court for the Middle District of North Carolina regarding a case from the Richmond County Superior Court on May 30, 2025.

　　　As attorney of record for James Grady Gathings, all future pleadings filed in this case must be signed by counsel who is admitted to practice in the Middle District of North Carolina and is a registered e-filer with our Court. To continue to represent your client in this Court, you must either become admitted in the Middle District of North Carolina pursuant to Local Rule 83.1(b) or appear by special appearance in association with local counsel pursuant to Local Rule 83.1(d). Further information on admission to practice in this District may be found on the Court's website, www.ncmd.uscourts.gov, under the Attorney tab.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　LAWRENCE H. CUNNINGHAM
　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　/s/Leah J. Garland
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　By:　　　　Leah J. Garland
　　　　　　　　　　　　　　　　Deputy Clerk