IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES GRADY GATHINGS, a/k/a JAMIE GATHINGS, in his Individual and official capacity Richmond County Commissioner,<br><br>Plaintiff,<br>v.<br><br>RICHMOND COUNTY, RICHMOND COUNTY BOARD OF COMMISSIONERS; RICK W. WATKINS, in his official capacity; ANDY GROOMS, in his official capacity; JEFF SMART, in his official capacity; JUSTIN DAWKINS, in his official capacity; JASON GAINEY, in his official capacity; and ROBIN ROBERTS, in her official capacity,<br><br>Defendants. | Case No. 1:25-cv-434<br><br>ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME |

THIS MATTER is before the Court on the Consent Motion for Extension of Time (the "Motion") filed by Plaintiff James Grady Gathings, a/k/a Jamie Gathings ("Mr. Gathings"). In the Motion, Mr. Gathings requests a two-week extension to file a reply brief in further support of his Motion to Remand (ECF No. 11). The Motion represents that the parties have reached an agreement in principle to resolve this matter and that they require additional time to formalize their settlement. The Motion also represents that Defendant Richmond County has consented to the requested extension. In light of the representations made in the Motion, the Court has determined that the Motion should be and is GRANTED. Mr. Gathings shall have

up to and including July 28, 2025, to file his reply brief in further support of his Motion to Remand.

IT IS SO ORDERED, this the ____ day of July 2025

_____
Magistrate Judge