IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES GRADY GATHINGS, a/k/a JAMIE GATHINGS, in his Individual and official capacity Richmond County Commissioner,<br><br>        Plaintiff,<br>  v.<br><br>RICHMOND COUNTY, RICHMOND COUNTY BOARD OF COMMISSIONERS; RICK W. WATKINS, in his official capacity; ANDY GROOMS, in his official capacity; JEFF SMART, in his official capacity; JUSTIN DAWKINS, in his official capacity; JASON GAINEY, in his official capacity; and ROBIN ROBERTS, in her official capacity,<br><br>        Defendants. | Case No.  1:25-cv-434<br><br>STIPULATION OF DISMISSAL |

Plaintiff James Grady Gathings a/k/a Jamie Gathings and Defendant Richmond County, through the undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate and agree that all claims against all Defendants in the above-captioned action are voluntarily dismissed with prejudice.

[SIGNATURES ON FOLLOWING PAGE]

SO STIPULATED:

| | |
|---|---|
| /s/ Mary Craven Adams | /s/ Lee D. Denton |
| Mary Craven Adams | Lee D. Denton (N.C. Bar No. 47695) |
| N.C. State Bar No. 23058 | SPILMAN THOMAS & BATTLE, PLLC |
| Aaron J. Horner | 110 Oakwood Drive, Suite 500 |
| N.C. State Bar No. 56335 | Winston-Salem, NC 27103 |
| WOMBLE BOND DICKINSON (US) LLP | Telephone: (336) 725-4710 |
| One West Fourth Street | Facsimile: (336) 725-4476 |
| Winston-Salem, NC 27101 | ldenton@spilmanlaw.com |
| Telephone: (336) 721-3735 | *Attorney for Plaintiff James* |
| Facsimile: (336) 733-8427 | *Grady Gathings, a/k/a Jamie Gathings* |
| E-mail: Mary.Adams@wbd-us.com | |
| E-mail: AJ.Horner@wbd-us.com | |
| *Attorneys for Defendant Richmond County* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the below-listed date, I electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to registered users of record.

Dated: July 25, 2025.

        /s/ Lee D. Denton
Lee D. Denton (N.C. Bar No. 47695)
SPILMAN THOMAS & BATTLE, PLLC
110 Oakwood Drive, Suite 500
Winston-Salem, NC 27103
Telephone: (336) 725-4710
Facsimile: (336) 725-4476
ldenton@spilmanlaw.com
*Attorney for Plaintiff James Grady Gathings, a/k/a Jamie Gathings*